IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-387-KDB-DCK

| THANTH-HUYEN NGUYEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., and BANK OF AMERICA CORPORATION, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Karl S. Gwaltney, concerning Octavio Gomez, on June 29, 2023. Octavio Gomez seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Octavio Gomez is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 29, 2023

David C. Keesler
United States Magistrate Judge