IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-387-KDB-DCK

| | |
|---|---|
| THANTH-HUYEN NGUYEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC., and BANK OF AMERICA, N.A., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Karl S. Gwaltney, concerning Frank H. Kerney, III, on August 1, 2023. Frank H. Kerney, III seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Frank H. Kerney, III is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 1, 2023

David C. Keesler
United States Magistrate Judge